WILLIAM L. SCHMIDT
State Bar # 206874
791 Price Street #170
Pismo Beach, CA 93449
Telephone: (805) 556-0844
Fax: (805) 556-0141

Attorney for Petitioner

UNITED STATES DISTRICT COURT          *E-FILED - 5/19/06*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HOLCOMB, | Case No.: C03-02765 RMW |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CHANGE DATE FOR EXPERT DESIGNATIONS |
| v. | |
| DIRECTOR OF CORRECTIONS, et al., | Department 6, Fourth Floor |
| Defendants. | Judge: Hon. Ronald Whyte |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to the complaint in the above-referenced action through their designated counsels that expert designations presently due by May 15, 2006 be continued to June 16, 2006.

Date: 5/11/06

William L. Schmidt, Esq.
Attorney for Plaintiff

IT IS SO ORDERED.

Date: 5/19/06

/s/ Ronald M. Whyte
Honorable Judge Whyte