1  WILLIAM L. SCHMIDT
   State Bar # 206870
2  791 Price Street  # 170
   Pismo Beach, CA  93449
3  Telephone: (805) 556-0844
   Fax: (805) 556-0141
4

5  Attorney for Petitioner
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA    *E-FILED - 8/23/06*

9

10 | KENNETH HOLCOMB,                    )  Case No.: C03-02765 RMW
                                         )
11 |                  Plaintiff,         )  STIPULATION TO EXTEND EXPERT
                                         )  REPORT, EXPERT DISOCVERY,
12 |          v.                         )  PRE-TRIAL AND TRIAL DATES
                                         )
13 | DIRECTOR OF CORRECTIONS, et al.,    )  Department 6, Fourth Floor
                                         )  Judge: Hon. Ronald Whyte
14 |                  Defendants.        )
                                         )
15                                       )
                                         )
16 |_____ )

17                      **STIPULATION**

18 IT IS HEREBY STIPULATED by and between all parties the deadlines in this case be

19 extended for the following reasons: 1) All parties wish to engage in mediation in an attempt

20 to settle the case before further costs are incurred. 2) Due the complexity of the case, and

21 number of parties involved throughout the country, all counsel have had difficulty

22 completing discovery by the dates previously set by the court. The deadlines in this case

23 shall be extended as follows, subject to the approval of this Court:

24     The Discovery cutoff and Expert Discovery cutoff shall be continued from August 4,

25 2006 to February 24, 2007, and Disclosure of Experts will be December 18, 2006.  (jg)
                         [23]                                                         

26     The hearing on dispositive motions shall be continued from September 15, 2006 to

27 April 7, 2007.     (jg)
         [6]

28

The joint pre-trial statement shall be continued from October 20, 2006 to May 11, 2007

The pre-trial conference shall be continued from October 26, 2006 to May 17, 2007.

The trial date shall be continued from November 6, 2006 to May 29, 2007, subject to the court's availability.

Date: _____

*/s/ William L. Schmidt*
William L. Schmidt, Esq.
Attorney for Plaintiff

Date: _____

Tom Blake
Deputy Attorney General
Attorney for Defendants

Date: 7/14/06

*/s/ Van Longyear*
Van Longyear, Esq.
Attorney for Defendant Clark

Date: _____

Maureen Loftis, Esq.
Attorney for Defendant Grillo

IT IS SO ORDERED, that the expert and pre-trial deadlines shall be rescheduled as stipulated above. The trial will begin on _____, 2007, the pre-trial hearing will be held at _____ on _____, 2007.

Date: _____

Honorable Judge Whyte

1 | The joint pre-trial statement shall be continued from October 20, 2006 to May 11,
2 | 2007
3 | The pre-trial conference shall be continued from October 25, 2006 to May 17, 2007.
4 | The trial date shall be continued from November 6, 2006 to May 29, 2007, subject to
5 | the court's availability.

Date: _____

Date: July 17, 2006

/s/ Tom Blake

Tom Blake
Deputy Attorney General
Attorney for Defendants

William L. Schmidt, Esq.
Attorney for Plaintiff

Date: _____

Van Longyear, Esq.
Attorney for Defendant Clark

Date: _____

Maureen Loftis, Esq.
Attorney for Defendant Grillo

IT IS SO ORDERED, that the expert and pre-trial deadlines shall be rescheduled as stipulated above. The trial will begin on _____, 2007, the pre-trial hearing will be held at _____ on _____, 2007.

Date: _____

Honorable Judge Whyte

07/14/2006 13:15 FAX 9259309035    GALLOWAY LUCCHESE    ☒ 003/003
07/14/2006 10:51    805-555-0141    W. SCHMIDT ATTORNEY    PAGE 04/04

Case 5:03-cv-02765-RMW    Document 37    Filed 08/23/06    Page 4 of 4

1    The joint pre-trial statement shall be continued from October 20, 2006 to May 11, 2007

3    The pre-trial conference shall be continued from October 26, 2006 to May 17, 2007.

4    The trial date shall be continued from November 6, 2006 to May 29, 2007, subject to the court's availability.

Date: _

         William L. Schmidt, Esq.
         Attorney for Plaintiff

Date:

         Tom Blake
         Deputy Attorney General
         Attorney for Defendants

Date:

         Van Longyear, Esq.
         Attorney for Defendant Clark

Date: 7-14-06

         /s/ Maureen R Loftis
         Maureen Loftis, Esq.
         Attorney for Defendant Grillo

IT IS SO ORDERED, that the expert and pre-trial deadlines shall be rescheduled as stipulated above. The trial will begin on __May 29,_____ 2007, the pre-trial hearing will be held at 2:00 p.m. on ___May 17,_____, 2007.

Date: 8/23/06          /s/ Ronald M. Whyte
         Honorable Judge Whyte