UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH HOLCOMB,<br><br>          Plaintiff,<br><br>   v.<br><br>CAL TERHUNE, et al.,<br><br>          Defendants. | Case No.: C 03-2765 RMW (PVT)<br><br>**INTERIM ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |

On December 28, 2006, the parties filed a Stipulated Protective Order.[1] Having reviewed the form of protective order submitted by the parties, the court finds it appropriate to issue this interim order.

IT IS HEREBY ORDERED that, no later than January 30, 2007, the parties shall file a revised form of protective order that makes the following changes:

1. Describes the information that may be designated as "CONFIDENTIAL" as "information (regardless of how generated, stored or maintained) or tangible things that qualify for protection under standards developed under F.R.Civ.P. 26(c)" without elaboration or examples;

2. Revises the order to be mutual and provide protection to any party or non-party who designates information Confidential;

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

3. Omits any requirement that court personnel or stenographers hired by the court sign a non-disclosure agreement; and

4. Revises Paragraph 7 to require compliance with Civil Local Rule 79-5.

The court notes that there is a model form of protective order in the "Forms" section of the court's website (www.cand.uscourts.gov) that the parties may wish to use, in whole or part, as a model for complying with the requirements of this order.

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information exchanged or disclosed during discovery in this case.

Dated: *1/17/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge