LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

*E-FILED - 4/20/07*

Attorney for Defendant, Dr. David Clark, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HOLCOMB, et al., <br><br>   Plaintiffs, <br><br> vs. <br><br> DIRECTOR OF CORRECTIONS, CAL TERHUNE, et al., <br><br>   Defendants. | CASE NO. C 03-02765 RMW <br><br> STIPULATION AND [xxxxxxxxxxxxx] ORDER TO CONTINUE TRIAL DATE |

On January 30, 2007, the court granted plaintiff's motion for order shortening time for extension of expert reports, expert discovery, pre-trial and trial dates. The court ordered that the trial date be continued from May 29, 2007 to August 27, 2007.

Counsel for Dr. David Clark, M.D. has a conflict with the August 27, 2007 trial date because of two cases that are scheduled to commence trial. These two cases were consolidated during the discovery phase, although will be tried as separate cases back to back. The first trial is scheduled for July 31, 2007 in the case of *Summers v. County of Sacramento* in the Eastern District Court Case No. CIV.S-02-2488 FCD/JFM and the second trial is scheduled for September 11, 2007 in the case of *Abdollahi v. County of Sacramento*, Eastern District Court Case No. CIV.S-02-2488 FCD/JFM.

In addition, counsel for Dr. Isaac Grillo has a conflict with the August 27, 2007 trial date because of a prepaid vacation during that time frame.

///

These conflicts have been discussed amongst counsel and all have agreed to move the trial date. In addition, counsel for Defendant, Dr. David Clark, M.D. has ascertained the proposed new date for trial with Judge Whyte's clerk, Jackie.

IT IS STIPULATED between the Plaintiff, Kenneth Holcomb, by and through his attorneys of record, Suzy Moore of the Law Offices of Suzy Moore, and Bill Schmidt of the Law Offices of Bill Schmidt, and Defendants, Cal Terhune, Anthony LaMarque, D. Holt, Jr., M. Ross, A. Alexander, K. Greeson, M.T.A. Harrison, and David Thor, M.D., by and through their attorney of record, Tom Blake of the Office of the Attorney General, and Defendant, Dr. Isaac Grillo, M.D., by and through his attorney of record, Maureen Loftis of the law firm of Galloway, Lucchese, Everson & Picchi, and Defendant, Dr. David Clark, M.D., by and through his attorney of record, Van Longyear of the law firm of Longyear, O'Dea & Lavra, LLP, that the trial of the above-entitled matter be continued from August 27, 2007 to **November 13, 2007** to commence at 1:30 p.m. Pretrial Conference is set for November 1, 2007 @ 2:00 p.m.   (jg)

In conjunction with the new trial date, it is agreed that the hearing on dispositive motions will be continued from July 13, 2007 to be heard on or before October 26, 2007.

IT IS SO STIPULATED:

Dated: March 20, 2007          LAW OFFICES OF SUZY MOORE

                               By: _____
                                   SUZY MOORE
                                   Attorney for Plaintiff

Dated: February ___, 2007      LAW OFFICES OF SUZY MOORE

                               By: _____
                                   BILL SCHMIDT
                                   Attorney for Plaintiff

Dated: February ___, 2007      OFFICE OF THE ATTORNEY GENERAL

                               By: _____
                                   TOM BLAKE
                                   Deputy Attorney General
                                   Attorneys for Defendants

1. These conflicts have been discussed amongst counsel and all have agreed to move the trial date. In addition, counsel for Defendant, Dr. David Clark, M.D. has ascertained the proposed new date for trial with Judge Whyte's clerk, Jackie.

   IT IS STIPULATED between the Plaintiff, Kenneth Holcomb, by and through his attorneys of record, Suzy Moore of the Law Offices of Suzy Moore, and Bill Schmidt of the Law Offices of Bill Schmidt, and Defendants, Cal Terhune, Anthony LaMarque, D. Holt, Jr., M. Ross, A. Alexander, K. Greeson, M.T.A. Harrison, and David Thor, M.D., by and through their attorney of record, Tom Blake of the Office of the Attorney General, and Defendant, Dr. Isaac Grillo, M.D., by and through his attorney of record, Maureen Loftis of the law firm of Galloway, Lucchese, Everson & Picchi, and Defendant, Dr. David Clark, M.D., by and through his attorney of record, Van Longyear of the law firm of Longyear, O'Dea & Lavra, LLP, that the trial of the above-entitled matter be continued from August 27, 2007 to **November 13, 2007** to commence at 1:30 p.m. Pretrial Conference is set for November 1, 2007 @ 2:00 p.m.    (jg)

   In conjunction with the new trial date, it is agreed that the hearing on dispositive motions will be continued from July 13, 2007 to be heard on or before October 26, 2007.

   IT IS SO STIPULATED:

   Dated: February ____, 2007       LAW OFFICES OF SUZY MOORE

                                    By:_____
                                         SUZY MOORE
                                         Attorney for Plaintiff

   Dated: February ____, 2007       LAW OFFICES OF SUZY MOORE

                                    By:_____
                                         BILL SCHMIDT
                                         Attorney for Plaintiff

   Dated: February 27, 2007         OFFICE OF THE ATTORNEY GENERAL

                                    By: /s/ Tom Blake
                                         TOM BLAKE
                                         Deputy Attorney General
                                         Attorneys for Defendants

1 | Dated: February 28, 2007 | GALLOWAY, LUCCHESE, EVERSON & PICCHI
2 | | By: _____
3 | | MAUREEN LOFTIS
  | | Attorneys for Defendant,
4 | | Dr. Isaac Grillo M.D.
5 | Dated: February ___, 2007 | LONGYEAR, O'DEA & LAVRA, LLP
6 |
7 | | By: _____
  | | VAN LONGYEAR
8 | | Attorneys for Defendant,
  | | Dr. David Clark, M.D.
9 |
10 |
11 | PURSUANT TO STIPULATION, IT IS SO ORDERED
12 |
13 | Dated: February ___, 2007
  | | _____
14 | | Honorable Ronald Whyte
  | | UNITED STATES DISTRICT JUDGE
15 |
16 | I:\Holcomb v. Terhune\Pleadings\Stip Re Trial Date.wpd

Stipulation and [xxxxxxx] Order To Continue Trial Date
Page 3

1  Dated: February ____, 2007            GALLOWAY, LUCCHESE, EVERSON & PICCHI

2

3                                        By:_____
                                            MAUREEN LOFTIS
                                            Attorneys for Defendant,
4                                           Dr. Isaac Grillo, M.D.

5

6  Dated: April 6, 2007                  LONGYEAR, O'DEA & LAVRA, LLP

7                                        By: /s/ Van Longyear
                                            VAN LONGYEAR
8                                           Attorneys for Defendant,
                                            Dr. David Clark, M.D.

9

10

11       PURSUANT TO STIPULATION , IT IS SO ORDERED

12

13  Dated: April 20, 2007                /s/ Ronald M. Whyte
                                         Honorable Ronald Whyte
14                                       UNITED STATES DISTRICT JUDGE

15

16  I:\Holcomb v. Terhune\Pleadings\Stip Re Trial Date.wpd

                                                Stipulation and Order To Continue Trial Date
                                                                                      Page 3