William L. Schmidt, Esq. (SBN 206870)
LAW OFFICES OF WILLIAM L. SCHMIDT
791 Price Street, #170
Pismo Beach, CA 93449
Telephone:    (805) 556-0844
Facsimile:    (805) 556-0141

Suzy C. Moore, Esq. (SBN151502)
LAW OFFICES OF SUZY C. MOORE
4730 Third Street, Suite B
La Mesa, CA 91941
Telephone:    (619) 469-9490
Facsimile:    (619) 469-9419

Attorney for Plaintiff
KENNETH HOLCOMB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KENNETH HOLCOMB | Case No. C03-02765 RMW |
|---|---|
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF** |
| DIRECTOR OF CORRECTIONS, CAL. TERHUNE, et al. | |
| Defendants. | |

On April 20, 2007, the court granted the parties' stipulation to extend the trial of the above-entitled matter from August 27, 2007 to November 13, 2007. In conjunction with the new trial date, the court continued the hearing on dispositive motions from July 13, 2007 to October 26, 2007. The Court also scheduled the Pre-trial Conference for November 1, 2007, at 2:00 p.m. The current discovery cutoff, which includes experts, is set for May 23, 2007. Counsel for Plaintiff Kenneth Holcomb has noticed depositions which conflict with the trial calendar of Counsel for Defendant Clark and with the vacation plans of Tom Blake of the Office of the Attorney General, rendering it impossible to complete the depositions by the current discovery cutoff of May 23, 2007.

In addition, there has been difficulty securing definite deposition dates before the discovery cutoff of witnesses who cannot be located. Moreover, the current discovery cutoff of May 23, 2007 includes expert witnesses. There are numerous expert witnesses in this case and there are multiple defendants. All counsel agree that they will be unable to complete the depositions on or before May

1   23, 2007.

2   IT IS STIPULATED, therefore, between the Plaintiff, Kenneth Holcomb, by and through his attorneys of record, Suzy Moore of the Law Offices of Suzy C. Moore and William Schmidt of the Law Offices of William L. Schmidt, and Defendants, Cal Terhune, Anthony LaMarque, D. Holt, Jr., M. Ross, A. Alexander, K. Greeson, M.T.A. Harrison, and David Thor, M.D., by and through their attorney of record, Tom Blake of the Office of the Attorney General, and Defendant Dr. Isaac Grillo, M.D., by and through his attorney of record, Aaron Schultz of the law firm of Galloway, Lucchese, Everson & Picchi, and Defendant, Dr. David Clark, M.D. by and through his attorney of record, Van Longyear of the law firm of Longyear, O'Dea, & Lavra, LLP, that the dates be extended for fact and expert discovery cutoff as follows:

1.   Factual Discovery cutoff, including the taking of depositions, currently set for May 23, 2007 shall be continued to August 24, 2007. All depositions must be completed by that date.

2.   Expert Discovery cutoff, including the taking of expert depositions, currently set for May 23, 2007 shall be continued to September 28, 2007. All expert depositions must be completed by that date.

3.   Initial Expert Disclosure and Report deadline of April 26, 2007 will remain the same.

4.   Supplemental and Rebuttal Disclosures will be set for June 15, 2007.

IT IS SO STIPULATED:

Dated: April 26 2007                    LAW OFFICES OF SUZY MOORE

                                        By: _____
                                            Suzy C. Moore, Esq.
                                            Attorney for Plaintiff

Dated: April ___, 2007                  LAW OFFICES OF WILLIAM SCHMIDT

                                        By: _____
                                            William Schmidt, Esq.
                                            Attorney for Plaintiff

1 | 23, 2007.

2 |     IT IS STIPULATED, therefore, between the Plaintiff, Kenneth Holcomb, by and through his
3 | attorneys of record, Suzy Moore of the Law Offices of Suzy C. Moore and William Schmidt of the
4 | Law Offices of William L. Schmidt, and Defendants, Cal Terhune, Anthony LaMarque, D. Holt, Jr.,
5 | M. Ross, A. Alexander, K. Greeson, M.T.A. Harrison, and David Thor, M.D., by and through their
6 | attorney of record, Tom Blake of the Office of the Attorney General, and Defendant Dr. Isaac Grillo,
7 | M.D., by and through his attorney of record, Aaron Schultz of the law firm of Galloway, Lucchese,
8 | Everson & Picchi, and Defendant, Dr. David Clark, M.D. by and through his attorney of record, Van
9 | Longyear of the law firm of Longyear, O'Dea, & Lavra, LLP, that the dates be extended for fact and
10 | expert discovery cutoff as follows:

11 |     1.    Factual Discovery cutoff, including the taking of depositions, currently set for May
12 | 23, 2007 shall be continued to August 24, 2007. All depositions must be completed by that date.

13 |     2.    Expert Discovery cutoff, including the taking of expert depositions, currently set for
14 | May 23, 2007 shall be continued to September 28, 2007. All expert depositions must be completed
15 | by that date.

16 |     3.    Initial Expert Disclosure and Report deadline of April 26, 2007 will remain the same.

17 |     4.    Supplemental and Rebuttal Disclosures will be set for June 15, 2007.

18 | IT IS SO STIPULATED:

20 | Dated: April ___, 2007           LAW OFFICES OF SUZY MOORE

22 |           By: _____
23 |           Suzy C. Moore, Esq.
          Attorney for Plaintiff

24 | Dated: April 26, 2007           LAW OFFICES OF WILLIAM SCHMIDT

26 |           By: /s/ William Schmidt
27 |           William Schmidt, Esq.
          Attorney for Plaintiff

28 |

1 | Dated: April 26, 2007                      OFFICE OF THE ATTORNEY GENERAL

2 |                                       By: /s/ Tom Blake
3 |                                            Thomas Blake, Deputy Attorney General
                                                Attorney for Defendants
4 |

5 | Dated: April ___, 2007                     GALLOWAY, LUCCHESE,
                                                EVERSON & PICCHI
6 |

7 |                                       By: _____
                                                Aaron T. Schultz, Esq.
8 |                                            Attorneys for Defendant,
                                                Dr. Isaac Grillo, M.D.
9 |

10 | Dated: April ___, 2007                    LONGYEAR, O'DEA & LAVRA, LLP

11 |

12 |                                      By: _____
                                                D. Van V. Longyear, Esq.
                                                Attorneys for Defendant,
13 |                                            Dr. David Clark, M.D.

14 |

15 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

16 |
        May
17 | Dated: ~~April~~ 2, 2007                  /s/ Patricia V. Trumbull
                                                ~~Honorable Ronald Whyte~~
18 |                                            UNITED STATES ~~DISTRICT JUDGE~~
                                                              Magistrate Judge
19 |

20-28 |

---

3                                                                      C03-02765 RMW
STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY CUTOFF

TOTAL P.002

1  Dated: April ___, 2007                                OFFICE OF THE ATTORNEY GENERAL
2
3                                                   By: _____
                                                         Thomas Blake, Deputy Attorney General
4                                                        Attorney for Defendants

5  Dated: April 26, 2007                                 GALLOWAY, LUCCHESE,
                                                         EVERSON & PICCHI
6
7                                                   By: _____
                                                         Aaron T. Schultz, Esq.
8                                                        Attorneys for Defendant,
                                                         Dr. Isaac Grillo, M.D.
9

10 Dated: April ___, 2007                                LONGYEAR, O'DEA & LAVRA, LLP
11
12                                                  By: _____
                                                         D. Van V. Longyear, Esq.
13                                                       Attorneys for Defendant,
                                                         Dr. David Clark, M.D.
14

15 PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17 Dated: April ___, 2007

18                                                       _____
                                                         Honorable Ronald Whyte
                                                         UNITED STATES DISTRICT JUDGE
19

---

3                                                                                    C03-02765 RMW
STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY CUTOFF

| | | |
|---|---|---|
| 1 | Dated: April ____, 2007 | OFFICE OF THE ATTORNEY GENERAL |
| 2 | | |
| 3 | | By: _____ |
| | | Thomas Blake, Deputy Attorney General |
| 4 | | Attorney for Defendants |
| 5 | Dated: April ____, 2007 | GALLOWAY, LUCCHESE, EVERSON & PICCHI |
| 6 | | |
| 7 | | By: _____ |
| | | Aaron T. Schultz, Esq. |
| 8 | | Attorneys for Defendant, |
| 9 | | Dr. Isaac Grillo, M.D. |
| 10 | Dated: April 26, 2007 | LONGYEAR, O'DEA & LAVRA, LLP |
| 11 | | |
| 12 | | By: /s/ Van Longyear |
| | | D. Van V. Longyear, Esq. |
| 13 | | Attorneys for Defendant, Dr. David Clark, M.D. |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April ____, 2007

_____
Honorable Ronald Whyte
UNITED STATES DISTRICT JUDGE

---

3                                                                                                  C03-02765 RMW
STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY CUTOFF