EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE, State Bar No. 51885
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5506
Fax: (415) 703-5480

Attorneys for Defendants Cal Terhune, Anthony LaMarque, D. Holt, Jr., M. Ross, A. Alexander, K. Greeson, M.T.A. Harrison, and David Thor, M.D.

*E-FILED - 10/19/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH HOLCOMB,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAL TERHUNE, et al.<br><br>　　　　　　Defendant. | C0302765 RMW<br><br>STIPULATION AND xxxxxxxxxxxxx<br>ORDER DISMISSING DEFENDANTS<br>THOR AND HARRISON |

Subject to the approval of the Court, the undersigned do hereby stipulate that defendants David Thor, M.D. and M.T.A. Harrison are dismissed with prejudice as parties to this action.

IT IS SO STIPULATED:

DATED: 10/4/07           _____
                          Suzy C. Moore
                          Attorney for Plaintiff Kenneth Holcomb

DATED: 10/1/2007         _____
                          Tom Blake
                          Deputy Attorney General Cal Terhune, Anthony LaMarque,
                          D. Holt, Jr., M. Ross, A. Alexander, K. Greeson, M.T.A.
                          Harrison, and David Thor, M.D.

EDMUND G. BROWN JR.
 Attorney General of the State of California
TOM BLAKE, State Bar No. 51885
 Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5506
  Fax: (415) 703-5480

Attorneys for Defendants Cal Terhune, Anthony LaMarque, D. Holt, Jr., M. Ross, A. Alexander, K. Greeson, M.T.A. Harrison, and David Thor, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KENNETH HOLCOMB,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**CAL TERHUNE, et al.**<br><br>                                      Defendant. | C0302765 RMW<br><br>STIPULATION AND xxxxxxxxxxxxxx ORDER DISMISSING DEFENDANTS THOR AND HARRISON |

Subject to the approval of the Court, the undersigned do hereby stipulate that defendants David Thor, M.D. and M.T.A. Harrison are dismissed with prejudice as parties to this action.

IT IS SO STIPULATED:


DATED: _____    _____
                                 Suzy C. Moore
                                 Attorney for Plaintiff Kenneth Holcomb


DATED:  10/1/2007               /s/ Tom Blake
                                 Tom Blake
                                 Deputy Attorney General Cal Terhune, Anthony LaMarque,
                                 D. Holt, Jr., M. Ross, A. Alexander, K. Greeson, M.T.A.
                                 Harrison, and David Thor, M.D.

APPROVED AND SO ORDERED:

DATED: __10/19/07__

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge