EDMUND G. BROWN, JR, Attorney General
of the State of California
TOM BLAKE, (State Bar No.51885)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
Telephone: (415) 703-5506
Facsimile: (415) 703-5480

Attorneys for Defendants Attorneys for Defendants Director of Corrections, Cal. Terhune, Warden Anthony Lamarque, Lieutenant D. Holt, Sergeant M. Ross, Officer A. Alexander, Officer K. Greeson, M.T.A. Harrison, and Health Care Manager Daniel M. Thor, M.D.

***E-FILED - 6/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH HOLCOMB,<br><br>Plaintiff,<br><br>v.<br><br>C. TERHUNE; A. LAMARQUE; D. HOLT; M. ROSS; A. ALEXANDER; K. GREESON; MTA HARRISON; D. THOR, M.D.; D. CLARK, M.D.; I. GRILLO, M.D., et al.,<br><br>Defendants. | CASE NO. C03-02765 RMW<br><br>**STIPULATION AND [XXXXXXXX] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(a)]** |

The parties, by and through their counsel of record, stipulate that this matter may be dismissed **with** prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys fees, including any entitlement to fee or costs under 42 U.S.C. section 1988. At the Plaintiff's request, the Court has heretofore dismissed all claims against Dr. Thor and M.T.A. Harrison. The Plaintiff has settled his civil claims, including claims for attorneys' fees and costs under 42 U.S.C. section 1988 and otherwise, against all remaining defendants. The Parties therefore respectfully request that the Court dismiss this action in its entirety **with** prejudice.

This stipulation may be executed in counterpart signatures.

IT IS SO STIPULATED:

DATED: 2/25/08 ______________________
William L. Schmidt
Attorney for Plaintiff Kenneth Holcomb

DATED: ______________ ______________________
Suzy C. Moore
Attorney for Plaintiff Kenneth Holcomb

DATED: ______________ ______________________
Van Longyear
Attorney for Defendant David Clark, M.D.

DATED: ______________ ______________________
Joseph S. Picchi, Esq.
Attorney for Defendant Dr. Isaac Grillo, M.D.

DATED: ______________ ______________________
Tom Blake
Deputy Attorney General
Attorneys for Defendants Director of Corrections, Cal. Terhune, Warden Anthony Lamarque, Lieutenant D. Holt, Sergeant M. Ross, Officer A. Alexander, Officer K. Greeson, M.T.A. Harrison, and Health Care Manager Daniel M. Thor, M.D.

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.** This entire action is dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Dated: ______________________

______________________
**RONALD M. WHITE**
**United States District Judge**

IT IS SO STIPULATED:

DATED: ______________ ______________________________
William L. Schmidt
Attorney for Plaintiff Kenneth Holcomb

DATED: 2/28/05 ______________________________
Suzy C. Moore
Attorney for Plaintiff Kenneth Holcomb

DATED: ______________ ______________________________
Van Longyear
Attorney for Defendant David Clark, M.D.

DATED: ______________ ______________________________
Joseph S. Picchi, Esq.
Attorney for Defendant Dr. Isaac Grillo, M.D.

DATED: ______________ ______________________________
Tom Blake
Deputy Attorney General
Attorneys for Defendants Director of Corrections, Cal. Terhune, Warden Anthony Lamarque, Lieutenant D. Holt, Sergeant M. Ross, Officer A. Alexander, Officer K. Greeson, M.T.A. Harrison, and Health Care Manager Daniel M. Thor, M.D.

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.** This entire action is dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Dated: ______________________

______________________________
**RONALD M. WHITE**
**United States District Judge**

IT IS SO STIPULATED:

DATED: ____________ ____________________
William L. Schmidt
Attorney for Plaintiff Kenneth Holcomb

DATED: ____________ ____________________
Suzy C. Moore
Attorney for Plaintiff Kenneth Holcomb

DATED: 1/18/08 ____________________
Van Longyear
Attorney for Defendant David Clark, M.D.

DATED: ____________ ____________________
Joseph S. Picchi, Esq.
Attorney for Defendant Dr. Isaac Grillo, M.D.

DATED: 1/12/2008 ____________________
Tom Blake
Deputy Attorney General
Attorneys for Defendants Director of Corrections, Cal. Terhune, Warden Anthony Lamarque, Lieutenant D. Holt, Sergeant M. Ross, Officer A. Alexander, Officer K. Greeson, M.T.A. Harrison, and Health Care Manager Daniel M. Thor, M.D.

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.** This entire action is dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Dated: ____________

____________________
**RONALD M. WHITE**
**United States District Judge**

IT IS SO STIPULATED:

DATED: ______________ ____________________________
William L. Schmidt
Attorney for Plaintiff Kenneth Holcomb

DATED: ______________ ____________________________
Suzy C. Moore
Attorney for Plaintiff Kenneth Holcomb

DATED: ______________ ____________________________
Van Longyear
Attorney for Defendant David Clark, M.D.

DATED: 12/13/07 ____________________________
Joseph S. Picchi, Esq.
Attorney for Defendant Dr. Isaac Grillo, M.D.

DATED: 12/13/07 ____________________________
Tom Blake
Deputy Attorney General
Attorneys for Defendants Director of Corrections, Cal. Terhune, Warden Anthony Lamarque, Lieutenant D. Holt, Sergeant M. Ross, Officer A. Alexander, Officer K. Greeson, M.T.A. Harrison, and Health Care Manager Daniel M. Thor, M.D.

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.** This entire action is dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Dated: 6/12/08

____________________________
**RONALD M. WHITE**
**United States District Judge**